UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM BEST,

    Plaintiff,

v.                                    Case No: 8:16-cv-422-T-36AEP

ONEMAIN FINANCIAL GROUP, LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the Notice of Voluntary Dismissal with Prejudice (Doc. 9). In accord with the Notice of Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 9).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on January 24, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record